IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PARRISH WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-492 |
| | ) | |
| SGT. BRADSHAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

This matter is before the Court on the United States Magistrate Judge's Order and

Recommendation ("Recommendation") recommending *sua sponte* dismissal of Mr.

Warren's complaint without prejudice. *See generally* Dkt. 3. In her Recommendation, the

Magistrate Judge notes that Mr. Warren may re-file his complaint on court-issued forms

after he has exhausted his administrative remedies, and he has had the chance to clarify

his claims before the Court considers them on their merits. *Id.* at 2-3. The Clerk's office

served notice on Mr. Warren on June 4, 2026, Dkt. 4, and Mr. Warren did not file an

objection to the Recommendation.

Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C.

§ 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation.'" *Diamond v.*

*Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72

advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full and Mr. Warren's complaint, Dkt. 2, is dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 3, is **ADOPTED**. **IT IS FURTHER ORDERED** that Mr. Warren's Complaint, Dkt. 2, is **DISMISSED** *sua sponte* **WITHOUT PREJUDICE** to Mr. Warren filing a new complaint, on the proper § 1983 forms, which corrects the pleading defects cited by the Magistrate Judge in her Recommendation.

A separate Judgment dismissing the action will be filed contemporaneously with this Order.

It is **SO ORDERED**.

This the 6th day of July, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2